# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/25

May 29, 2025

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York   10601

   Re: United States v. Mangual, 25-cr-238 (VB)

Dear Judge Briccetti:

  This letter is an application to permit undersigned counsel to submit an interim voucher in this case. I was appointed to represent Leslie Mangual on February 21, 2024. Following a change of plea hearing on May 22, 2025, sentencing is scheduled for September 16, 2025.

          Very truly yours,

          /s/ *Theodore S. Green*
          Theodore S. Green

APPLICATION GRANTED
SO ORDERED:
_/s/ Vincent L. Briccetti_
Vincent L. Briccetti, U.S.D.J.
Dated: 5/30/25
White Plains, NY