```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :    25 CR 238 (VB)
            -against-               :
                                    :         ORDER
                                    :
Leslie Mangual                      :
                                    :
                Defendant           :
------------------------------------x
```

      **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

      _____
      United States Magistrate Judge

Dated: White Plains, New York
      September 17, 2025